

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-21-2012

# USA v.;Quintrell Reynos

Precedential or Non-Precedential: Precedential

Docket No. 11-1398

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"USA v.;Quintrell Reynos" (2012). *2012 Decisions.* Paper 91.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/91

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-1398
_____

UNITED STATES OF AMERICA

v.

QUINTRELL REYNOS,

Appellant

(E.D. Pa. No. 09-cr-00618-002)

Present: McKEE, <u>Chief Judge</u>, SLOVITER, SCIRICA, RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENWAY, Jr., and VANASKIE, <u>Circuit Judges</u>

**ORDER**

Upon further consideration and argument, IT IS HEREBY ORDERED that e*n banc* consideration was improvidently granted. Accordingly, the opinion and judgment entered May 22, 2012 for the above captioned case are hereby reinstated.

By the Court,

<u>/s/ Theodore A. McKee</u>
Chief Judge

Dated: November 21, 2012
trg/cc: Joseph T. Labrum, III, Esq.
Robert A. Zauzmer, Esq.
Megan S. Scheib, Esq.